**Fill in this information to identify your case:**

Debtor 1: **Kevin Lee Payne**
First Name    Middle Name    Last Name

Debtor 2: **Rebecca Lynn Payne**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Eastman Credit Union** <br><br> Description of property securing debt: **2008 Dodge Magnum 120,000 miles** <br> **NADA: $4,275.00** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ■ Yes |
| Creditor's name: **Heights Financial Corp.** <br><br> Description of property securing debt: **Non-PMSI by Household Goods and/or Household Furnishings** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br> ■ Yes |
| Creditor's name: **Superior Financial Services** <br><br> Description of property: **Non-PMSI by Household Goods and/or Household Furnishings** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br> ■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1    **Kevin Lee Payne**
Debtor 2    **Rebecca Lynn Payne**                                                                                        Case number *(if known)*

securing debt:                              ■ Retain the property and [explain]:
                                            **avoid lien using 11 U.S.C. § 522(f)**

### Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:  **Progressive Leasing** | ☐ No |
|  | ■ Yes |
| Description of leased Property:  **Coucha and Loveseat** |  |

### Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Kevin Lee Payne**                                        X **/s/ Rebecca Lynn Payne**
**Kevin Lee Payne**                                                **Rebecca Lynn Payne**
Signature of Debtor 1                                            Signature of Debtor 2

Date    **May  2, 2019**                                         Date    **May  2, 2019**

# United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re: **Kevin Lee Payne / Rebecca Lynn Payne**, Debtor(s)

Case No.

Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 2, 2019**, a copy of Debtors' Statement of Intention was served electronically to the U.S. Trustee and Chapter 7 Trustee and by United States mail, first class, postage prepaid to the following:

**Eastman Credit Union**
Attn: Bankruptcy
PO Box 1989
Kingsport, TN 37662

**Eastman Credit Union**
c/o Matthew H Wimberley
2021 Meadowview Lane
Kingsport, TN 37660-7468

**Heights Finance Corporation**
c/o National Registered Agents, Inc.
300 Montvue Road
Knoxville, TN 37919-5546

**Heights Financial Corp.**
Attn: Bankruptcy
3915 Bristol Hwy Ste 501
Johnson City, TN 37601

**Progressive Leasing**
256 West Data Drive
Draper, UT 84020

**Superior Financial Services**
2108 West Market Street, Suite 500
Johnson City, TN 37604

**Superior Financial Services, Inc.**
c/o Corporation Service Company
2908 Poston Ave
Nashville, TN 37203-1312

/s/ Jeremy D. Jones BPR#032527
Jeremy D. Jones BPR#032527
Dean Greer & Associates
2809 East Center Street
P. O. Box 3708
Kingsport, TN 37664
423-246-1988
bankruptcy@deangreer.com